UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DAVID A. PRATT,<br><br>             Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>             Defendant. | Case No. CV-22-88 -GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Titles II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ shall develop the record, hold a new hearing, and issue a new decision. The ALJ shall address the frequency and duration of the claimant's treatment in accord with the terms of the Court's prior remand order. This may include obtaining additional vocational expert testimony to determine how many jobs exist in the national economy that would allow for the frequency and duration of the claimant's medical treatment. The parties agree that the plaintiffs will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper presentation to the Court.

Dated this 1st day of June, 2023.

TYLER P. GILMAN, CLERK

By: /s/ Kelsey Hanning
Kelsey Hanning, Deputy Clerk